**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-1663**

———————————

In Re:  VALARIE PRICE,

                                        Petitioner.

———————————

On Petition for Writ of Mandamus.
(2:03-cv-00568-RBS)

———————————

Submitted:  December 13, 2006        Decided:  May 4, 2007

———————————

Before WILKINSON, GREGORY, and DUNCAN, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Valarie Price, Petitioner Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Valarie Price petitions for a writ of mandamus, seeking: a stay of a show cause hearing in the district court; discovery, transfer of venue, and an "on briefs" resolution of the show cause matter; and a stay of a related appeal pending resolution of the show cause proceeding. The district court conducted a show cause hearing on August 1, 2006, and has entered judgment in that matter. Accordingly, the request for relief is moot, and we deny the petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED